AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jason Karroll ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   6-23-cv-223-DCC |
| Car Toys Inc; John Does 1-10 ) | |
| *Defendant(s)* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that*:*

■ other: this case is dismissed.

This action was:

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   February 3, 2025                                    *CLERK OF COURT*

                                                                              s/L. K. McAlister, Deputy Clerk
                                                                        ─────────────────────────────
                                                                              *Signature of Clerk or Deputy Clerk*